**Hulen T. HARRELL, Plaintiff—Appellant,**

**v.**

**P.D. PALMER, CDC Captain; et al., Defendants—Appellees.**

**No. 11–15500.**

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 24, 2012.

Hulen T. Harrell, Dublin, CA, pro se.

Misha Igra, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Former California state prisoner Hulen T. Harrell appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action seeking an injunction ordering his transfer to Building V at Folsom State Prison. Our jurisdiction is governed by 28 U.S.C. § 1291, and we dismiss the appeal.

Harrell has completed his term of imprisonment. Therefore, we dismiss Harrell's appeal as moot. *See Alvarez v. Hill,* 667 F.3d 1061, 1064 (9th Cir.2012) (inmate's release from prison generally will moot pending claims for injunctive relief).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.